```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BP AMERICA INC., et al.        :        CIVIL ACTION
                               :
          v.                   :
                               :
DIWAN PETROL INC.              :        NO. 21-2437
                               :
                               :
```

ORDER

AND NOW, this 5th day of November, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiffs BP America Inc. and BP Products North America Inc. for costs in the amount of $632 and for attorney fees in the amount of $8,878 for a total of $9,510 (Doc. #18) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                            J.